United States District Court
Southern District of Texas
**ENTERED**
March 31, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| FRANCISCO MATEO, *et al.*, § § Plaintiffs, § § VS. § TA HSIN, INC. (D/B/A GREAT CHINA), *et al.*, § § Defendants. § | CIVIL ACTION NO. 7:19-CV-00419 |

## FINAL JUDGMENT

In accordance with the Court's Corrected/Amended Findings of Fact and Conclusions of Law, the Court hereby **ORDERS** that judgment is entered in favor of Plaintiff Francisco Mateo on his claims against Defendants Ta Hsin, Inc. (d/b/a/ Great China) and Heng-Rung Tseng under the Fair Labor Standards Act (FLSA), for which Plaintiff Mateo is hereby awarded damages in the amount of $10,061.25, reasonable attorney's fees, and court costs.

The Court further **ORDERS** that judgment is entered in favor of Defendants on Plaintiff Maria Medina's claims against them, which are hereby **DISMISSED** with prejudice, and for which court costs shall be borne by Plaintiff Medina.

All relief not expressly granted herein is **DENIED**.

SO ORDERED March 31, 2022, at McAllen, Texas.

_____
Randy Crane
United States District Judge